Eastern District of Kentucky
**FILED**

MAY -7 2018

AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON**

**CIVIL ACTION NO. 16-188-WOB-CJS**

RICHARD CRAWFORD,
RACHAEL CRAWFORD            PLAINTIFFS

V.

GALLATIN COUNTY, KENTUCKY            DEFENDANT

### AGREED ORDER OF DISMISSAL

A settlement conference was held on March 20, 2018 before Magistrate Judge J. Gregory Wehrman, with the following appearances: plaintiffs Richard Crawford and Rachael Crawford along with Jacob Rusch and Molly Nephew, plaintiffs' attorneys; Ken McFarland, Gallatin County Judge Executive, John Wright, Gallatin County Attorney on behalf of defendant Gallatin County, Kentucky, along with Jeff Mando, attorney for defendant Gallatin County. The parties have advised the Court that all matters in controversy have been amicably resolved, accordingly;

**IT IS ORDERED AND ADJUDGED** that the complaint, amended complaint, and second amended complaint be dismissed with prejudice, each party to pay their own costs.

This 7th day of May, 2018.

_____
WILLIAM O. BERTELSMAN, JUDGE

1

HAVE SEEN AND AGREED:

_____
RICHARD CRAWFORD, Plaintiff

_____
RACHAEL CRAWFORD, Plaintiff

_____
JACOB R. RUSCH, Attorney for Plaintiffs

_____
MOLLY E. NEPHEW, Attorney for Plaintiffs

_____
JEFFREY C. MANDO, Attorney for Defendant

2